# Court of Appeals
# of the State of Georgia

ATLANTA,___March 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0130. BENSON F. SMITH v. COMMUNITY & SOUTHERN BANK.**

Benson F. Smith filed this application for interlocutory appeal from the trial court's order of January 2, 2015 denying his motion to dismiss defendant's counterclaim for breach of commercial guaranty and attorney fees. The trial court entered a certificate of immediate review on January 28, 2015, 26 days after entry of its order denying the motion to dismiss the counterclaim. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court did not enter its certificate of immediate review within ten days of the order Smith seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/03/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*